No. 70–5191. Lane v. United States. C. A. 5th Cir. Certiorari denied.

No. 70–5193. White v. United States. C. A. 5th Cir. Certiorari denied.

No. 70–5194. Green v. Governor of California et al. C. A. 9th Cir. Certiorari denied.

No. 70–5195. Wallace v. LaVallee, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 70–5197. Sweeney v. Sheridan, Chief Judge, U. S. District Court, et al. C. A. 3d Cir. Certiorari denied.

No. 70–5199. Marts et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 70–5205. Methvin v. United States. C. A. 5th Cir. Certiorari denied.

No. 70–5206. Tyson v. Buchkoe, Warden. C. A. 6th Cir. Certiorari denied.

No. 70–5209. Flanagan v. United States. C. A. 5th Cir. Certiorari denied.

No. 70–5212. Brooks v. United States. C. A. 6th Cir. Certiorari denied.

No. 70–5216. Zick v. United States. C. A. 5th Cir. Certiorari denied.

No. 70–5218. Howard v. Zelker, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 70–5219. Fountain v. Redevelopment Land Agency. Ct. Cl. Certiorari denied.